# EXHIBIT A

STATE OF SOUTH CAROLINA,

COUNTY OF Anderson

Brittany Thomas
Plaintiff,

vs.

FactorTrust, Inc.
Defendant.

IN THE COURT OF COMMON PLEAS

SUMMONS

FILE NO. 2025-CP-04-02356

'25 SEP 24 PM4:19:16
Anderson, SC COC, CP/GS

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Anderson, South Carolina

Dated: 9/24/2025

Brittany Thomas pro se
Plaintiff/Attorney for Plaintiff

Address; 922 Firetower RD
Williamston, SC 29697

'25 SEP 24 PM4:18:20
Anderson, SC COC, CP/GS

**STATE OF SOUTH CAROLINA**
**COUNTY OF ANDERSON**

| | |
|---|---|
| **BRITTANY THOMAS** | ) |
| Plaintiff, | )**DEMAND FOR JURY TRIAL** |
| | ) |
| V. | )**IN THE COURT OF COMMON PLEAS** |
| | ) 2025 CP 04 02356 |
| **FACTORTRUST, INC.** | ) |
| Defendant. | ) |
| | ) |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

COMES NOW the Plaintiff, Brittany Thomas, ("Ms.Thomas"), appearing pro se, and complains against the Defendant, FactorTrust Inc.,("FactorTrust"), stating as follows:

## I. INTRODUCTION

1. This is a civil action for actual damages, statutory damages, punitive damages, treble damages, costs, and other relief arising from Defendant FactorTrust, Inc.'s violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA"), and violations of S.C. Code Ann. § 37-20-110(3).

## II. JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to S.C. Code Ann. § 14-5-340, as the causes of action arise under the laws of the State of South Carolina.
3. Venue is proper in Anderson County pursuant to S.C. Code Ann. § 15-7-30, because the acts and omissions giving rise to this action occurred in this county, and Defendant regularly

conducts business here.

4. Plaintiff also asserts claims under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and this Court has concurrent jurisdiction pursuant to 15 U.S.C. § 1681p.

## III. PARTIES

5. Ms. Thomas is a natural person residing in Anderson County, South Carolina.
6. Ms. Thomas is a Consumer as defined by 15 U.S.C. § 1681a(c).
7. FactorTrust is a corporation with a primary business address of 695 Mansell Road Suite 200, Roswell, GA 30076.
8. FactorTrust is a credit reporting agency as defined under S.C. Code Ann. § 37-20-110(3).
9. FactorTrust is a nationwide Consumer Reporting Agency ("CRA") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet.
10. As a CRA, FactorTrust is aware of its obligations under the FCRA.

## IV. FACTUAL ALLEGATIONS

11. On or about July 14, 2025, Ms. Thomas requested a complete copy of her full consumer file disclosure from FactorTrust Inc. pursuant to 15 U.S.C. § 1681g(a)(1). (See Exhibit 1).

12. Enclosed with Ms. Thomas's request was a photocopy of her driver's license, Social Security card, and banking statement dated June 30,2025, providing adequate identification and verification.

13. Despite receiving adequate identification with Ms. Thomas's initial request, FactorTrust sent a letter dated July 30, 2025, stating they needed additional information to complete the request. (See Exhibit 2).

14. FactorTrust improperly requested Ms. Thomas fill out an attached form and provide additional documentation, including a current and valid copy of photo identification and utility bill or paystub, despite having already received proper identification.

15. On or about August 6, 2025, Ms. Thomas sent a second request for her complete full consumer file disclosure pursuant to 15 U.S.C. § 1681g(a)(1), including the requested form along with providing a copy of driver's license, social security card and bank statement dated June 30, 2025. (See Exhibit 3).

16. Ms. Thomas received a letter dated August 18, 2025, stating that the requested FactorTrust credit report was enclosed. ( See Exhibit 4).

17. Ms. Thomas never consented to or requested any redactions or truncations of information in her full file disclosure.

## V. FactorTrust's Disclosure Was Not Complete, Clear, or Accurate

18. Pursuant to 15 U.S.C. § 1681g(a)(1), consumer reporting agencies "shall clearly and accurately disclose to the consumer all information in the consumer's file at the time of the request." This statutory mandate is not discretionary and requires complete disclosure of all file information with only limited exceptions specifically enumerated in the statute.

19. Despite being required to disclose all information in Ms. Thomas's credit file at the time of her request, FactorTrust's disclosure omitted information and improperly redacted critical identifying details.

### VI. Unauthorized Redaction of Personal Information

20. FactorTrust's Disclosure improperly redacted Ms. Thomas's Social Security number, showing only "•••-••-4304" instead of the full number.

21. FactorTrust's Disclosure improperly redacted Ms. Thomas's date of birth, showing only "03/••/1992" instead of the complete date.

22. FactorTrust's Disclosure improperly redacted Ms. Thomas's driver's license number, showing only "••••••9849" instead of the full license number.

23. Ms. Thomas did not request truncation or redaction of any personal identifying information in her disclosure.

24. Under 15 U.S.C. § 1681g(a)(1), upon request, a consumer reporting agency "shall clearly and accurately disclose to the consumer all information in the consumer's file at the time of the request." This disclosure requirement is mandatory, not discretionary. The statute provides only narrow exceptions, including that Social Security numbers may be truncated upon consumer request, but no statutory provision authorizes the redaction of other personal identifying information or account numbers in full file disclosures.

## VII. Missing Account Numbers and Insufficient Account Details

25. FactorTrust's Disclosure indicated that Ms. Thomas had a bank account with American Web Loan but showed only a partial account number "•••••••8492" instead of the full account number.

26. The truncated account number prevents Ms. Thomas from verifying whether she actually held an account with American Web Loan, as she has no recollection of opening such an account.

27. FactorTrust's Disclosure showed a trade account with Elevate that was charged off with a balance of $4,740.00, but failed to provide sufficient details for Ms. Thomas to verify the accuracy of this debt and balance.

28. FactorTrust possessed the full account numbers and additional account details in Ms. Thomas's file at the time of her request but failed to include this information in the disclosure.

29. The failure to disclose full account numbers violates the FCRA's requirement that a CRA disclose all information contained in a consumer's credit file clearly and accurately.

30. No FCRA provision authorizes consumer reporting agencies to unilaterally redact personal identifying information or account numbers in full file disclosures, distinguishing such disclosures from credit reports provided to third parties.

## VIII. Harm Caused by Incomplete Disclosure

31. FactorTrust's failure to provide complete and accurate disclosure caused Ms. Thomas

significant confusion and emotional distress.

32. Ms. Thomas was unable to verify the accuracy of accounts listed in her file due to the redacted and truncated information.

33. The incomplete disclosure delayed Ms. Thomas's ability to identify the proper sources to contact for disputing information she was unaware of or could not verify.

34. Ms. Thomas experienced frustration and anxiety when attempting to understand her credit file and match the incomplete information against her own records.

35. The unauthorized redaction of her personal identifying information prevented Ms. Thomas from having a complete understanding of the information maintained about her in FactorTrust's files.

36. Ms. Thomas has suffered actual harm in the form of emotional stress, confusion, and mental anguish caused by receiving an incomplete and inaccurate consumer disclosure.

37. Ms. Thomas has also experienced recent credit denials when applying for credit. Because FactorTrust failed to provide a complete and unredacted consumer file, Plaintiff has been unable to verify or rule out whether FactorTrust's reporting contributed in any way to these denials. This inability to investigate or confirm the accuracy and scope of FactorTrust's data has caused additional frustration, uncertainty, and emotional distress further impairing Plaintiff's ability to protect her financial interests.( See Exhibit 6).

38. Ms. Thomas has been deprived of her statutory right to receive complete and accurate information about her credit file, which is the fundamental purpose of the FCRA's consumer disclosure provisions. This informational injury is concrete and particularized, as it affects her ability to make informed decisions about her financial affairs.

## IX. FactorTrust's Knowledge and Willful Conduct

39. FactorTrust's systematic redaction of personal information and truncation of account numbers in consumer disclosures demonstrates a pattern of willful non-compliance with FCRA requirements.

40. FactorTrust maintains complete, unredacted consumer files for commercial use and regularly provides detailed information to third-party creditors and businesses, demonstrating that the company possesses the complete information required to be disclosed to consumers under § 1681g(a)(1).

41. FactorTrust's selective redaction of information in consumer disclosures while maintaining complete records for commercial purposes demonstrates conduct that is intentional and motivated by a desire to limit information provided to consumers.

42. This systematic practice of providing incomplete disclosures to consumers while maintaining complete records for commercial use constitutes willful violation of clearly established statutory requirements.

43. FactorTrust's knowing and repeated conduct warrants an award of punitive damages.

## X. FactorTrust's Admissions in September 23, 2025 Correspondence

44. On or about September 23, 2025, FactorTrust responded to Ms. Thomas via email regarding her complaint about the incomplete and redacted consumer file disclosure. (See Exhibit 5.)

45. In its response, FactorTrust acknowledged that it truncates personal identifying information, including Social Security numbers, dates of birth, and driver's license numbers, in all products sent to consumers.

46. FactorTrust further stated that this practice is required under its own "privacy and compliance rules, policies, procedures, and industry standards," and claimed that this approach is "aligned with" the Fair Credit Reporting Act (FCRA) and the FACT Act.

47. However, FactorTrust did not cite any provision in the FCRA or FACT Act authorizing such redaction in a consumer's full file disclosure provided under 15 U.S.C. § 1681g(a)(1).

48. FactorTrust's admission that redactions are part of a blanket policy applied to all consumer disclosures demonstrates that its failure to provide Ms. Thomas with a complete, unredacted file was not accidental, but rather the result of a knowing and intentional corporate policy.

49. This correspondence confirms that FactorTrust's violation of § 1681g(a)(1) was willful, as defined by 15 U.S.C. § 1681n, and supports Ms. Thomas's claim for statutory and punitive damages.

**COUNT I**

**VIOLATIONS OF THE FCRA (15 U.S.C. § 1681g(a))**

50. Ms. Thomas incorporates all preceding paragraphs 1-49 as if fully stated herein.

51. FactorTrust violated 15 U.S.C. § 1681g(a)(1) when responding to Ms. Thomas's request for her consumer disclosure by failing to clearly and accurately disclose to Ms. Thomas, a

Consumer, all of the information in her file at the time of the request.

52. Specifically, FactorTrust disclosed Ms. Thomas's personal identifying information in redacted form without authorization, disclosed account information with truncated account numbers, and failed to provide sufficient account details for verification purposes.

53. FactorTrust knowingly provided inaccurate and incomplete information in Ms. Thomas's disclosure, demonstrating willful non-compliance with FCRA requirements.

54. Each redacted item of personal identifying information and each truncated account number constitutes a separate violation of Ms. Thomas's right to receive complete file disclosure under 15 U.S.C. § 1681g(a)(1).

55. FactorTrust is therefore liable to Ms. Thomas, pursuant to 15 U.S.C. § 1681n, for the greater of her actual damages and statutory damages of up to $1,000 per violation, and costs.

56. Alternatively, FactorTrust's conduct was negligent, and FactorTrust is therefore liable to Ms. Thomas, pursuant to 15 U.S.C. § 1681o, for her actual damages, and costs.

WHEREFORE, Ms. Thomas respectfully requests that this Honorable Court enter judgment against FactorTrust for:

a. The greater of statutory damages of $1,000 per incident and Ms. Thomas's actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Ms. Thomas's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

d. Such other relief that this Court deems just and proper.

## COUNT II

## VIOLATIONS OF SOUTH CAROLINA CONSUMER IDENTITY THEFT PROTECTION ACT (S.C. Code Ann. § 37-20-110(3))

57. Ms. Thomas incorporates all preceding paragraphs 1- 56 as if fully stated herein.

58. Pursuant to S.C. Code Ann. § 37-20-110(3), a consumer reporting agency is required to provide to a consumer, upon request and with proper identification, a complete copy of the consumer's file maintained by the agency.

59. FactorTrust is a consumer reporting agency as defined under South Carolina law and is therefore subject to the disclosure requirements set forth in § 37-20-110(3).

60. Ms. Thomas submitted a proper request for her complete consumer file and provided adequate identification as required by law.

61. Despite this, FactorTrust failed to provide a complete copy of Ms. Thomas's file and instead disclosed an incomplete version, which contained unauthorized redactions of her Social Security number, date of birth, driver's license number, and account numbers.

62. FactorTrust's redactions were not authorized by statute and obstructed Ms. Thomas's ability to fully understand and verify the information maintained about her.

63. The incomplete disclosure denied Ms. Thomas her statutory right under South Carolina law to receive a full and unredacted copy of her consumer file.

64. As a result of FactorTrust's failure to comply with § 37-20-110(3), Ms. Thomas has suffered actual damages, emotional distress, and informational injury.

65. FactorTrust's conduct was knowing, intentional, and in reckless disregard of Ms. Thomas's

rights under South Carolina law.

WHEREFORE, Ms. Thomas respectfully requests that this Court enter judgment in her favor and award:

a. Actual damages;

b. Treble damages pursuant to S.C. Code Ann. § 37-20-150;

c. Punitive damages;

d. Costs and reasonable expenses incurred in bringing this action; and

e. Such other and further relief as the Court deems just and proper.

Respectfully Submitted [signature]
Date: 9/24/25

Brittany Thomas pro se
922 Firetower Road
Williamston, SC 29697

SOUTH CAROLINA
JUDICIAL BRANCH

'25 SEP 24 PM4:19:04
Anderson SC COC CP/GS

STATE OF SOUTH CAROLINA
COUNTY OF Anderson

IN THE COURT OF COMMON PLEAS

Civil Action Coversheet

Brittany Thomas,
Plaintiff(s)

v.

Case No. 2025-CP04-02356

FactorTrust, INC,
Defendant(s)

Submitted By: Brittany Thomas
Address: 922 Fletcher Rd
Williamston, SC 29697

SC Bar Number:
Telephone #: 864-745-0142
Fax #:
Other:
Email: Brielle01062021@gmail.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

**DOCKETING INFORMATION** ***(Check all that apply)***

****If Action is Judgment/Settlement do not complete***

☑ **JURY TRIAL** demanded in complaint.
☐ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Certificate Attached)

**Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.**

SOUTH CAROLINA
JUDICIAL BRANCH

## Nature of Action (Check one box below)

### Contracts
☐Constructions (100)
☐Debt Collection (110)
☐General (130)
☐Breach of Contract (140)
☐Fraud/Bad Faith (150)
☐Failure to Deliver (160)
☐Employment Discrim (170)
☐Employment (180)
☑Other (199)

### Torts- Professional Malpractice
☐Dental Malpractice (200)
☐Legal Malpractice (210)
☐Medical Malpractice (220)
☐Notice of Intent Case # ____________
☐Other (299)

### Torts- Personal Injury
☐Conversion (310)
☐Motor Vehicle Accident (320)
☐Premises Liability (330)
☐Products Liability (340)
☐Personal Injury (350)
☐Wrongful Death (360)
☐Assault/Battery (370)
☐Slander/Libel (380)
☐Other (399)

### Inmate Petitions
☐PCR (500)
☐Mandamus (520)
☐Habeas Corpus (530)
☐Other (599)

### Real Property
☐Claim & Delivery (400)
☐Condemnation (410)
☐Foreclosure (420)
☐Mechanic's Lien (430)
☐Partition (440)
☐Possessions (450)
☐Building Code Violation (460)
☐Other (499)

### Judgments/Settlements
☐Death Settlement (700)
☐Foreign Judgment (710)
☐Magistrate's Judgment (720)
☐Transcript Judgment (730)
☐Lis Pendens (750)
☐Transfer of Structured Settlement Application Payment Rights (760)
☐Confession of Judgment (770)
☐Petition for Workers Compensation Settlement Approval (780)
☐Incapacitated Adult Settlement (790)
☐Other (799)

### Administrative Law/Relief
☐Reinstate Driver's License (800)
☐Judicial Review (810)
☐Relief (820)
☐Permanent Injunction (830)
☐Forfeiture- Petition (840)
☐Forfeiture- Consent Order (850)
☐Other (899)

### Special/Complex/Other
☐Environmental (600)
☐Automobile Arb. (610)
☐Medical (620)
☐Pharmaceuticals (630)
☐Unfair Trade Practices (640)
☐Out of State Depositions (650)
☐Motion to Quash Subpoena in an Out of County Action (660)
☐Pre-Suit Discovery (670)
☐Permanent Restraining Order (680)
☐Interpleader (690)
☐Other (699)

### Appeals
Arbitration (900)
☐Magistrate- Civil (910)
☐Magistrate- Criminal (620)
☐Municipal (930)
☐Probate Court (940)
☐SCDOT (950)
☐Worker's Comp (960)
☐Zoning Board (970)
☐Public Service Comm. (990)
☐Employment Service Comm. (991)
☐Other (999)

SOUTH CAROLINA
JUDICIAL BRANCH

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR under ADR Rule 3(b) upon the following grounds:

   a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

   b. Requests for temporary relief;

   c. Appeals;

   d. Post Conviction relief matters;

   e. Contempt of Court proceedings;

   f. Forfeiture proceedings brought by governmental entities;

   g. Mortgage foreclosures; and

   h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. Cases may also be exempt from ADR under ADR Rule 3(c) upon motion to and approval by the court.

6. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

7. Application of a party to be exempt from payment of neutral fees due to indigency should be filed with the Clerk of Court prior to the scheduling of the ADR conference.

**Please Note: You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.**

Request 1

Exhibit 1

Brittany Nechelle Thomas
918 Firetower Road
Williamston, South Carolina 29697

Mailing address 922 Firetower Road
Williamston, South Carolina 29697
SSN: [redacted]
DOB: 03[redacted]

Date: 07/14/2025

To:
FactorTrust, Inc.
Consumer Relations Department
~~P.O. Box 2551~~ PO BOX 390
~~Boca Raton, FL 33427~~ Woodlyn PA 19094

**RE: FULL FILE DISCLOSURE REQUEST**
**REQUIRED BY 15 U.S.C. § 1681g**

To Whom It May Concern:

Pursuant to my rights under the Fair Credit Reporting Act, specifically 15 U.S.C. § 1681g(a), I am formally requesting a complete disclosure of my entire consumer file maintained by your agency.

*This request is* NOT for a standard credit report, but rather for my complete consumer *file as* defined by law, including but not limited to:

1. All information in my file, including archived, suppressed, or obsolete data (15 U.S.C. § 1681g(a)(1));
2. All sources of information reported (15 U.S.C. § 1681g(a)(2));
3. A complete list of all parties that accessed my file and their *identifying* information (15 U.S.C. § 1681g(a)(3));
4. Information regarding any checks or documents used adversely against me, if applicable (15 U.S.C. § 1681g(a)(4));
5. A record of all inquiries in the past twelve months, including soft and hard pulls (15 U.S.C. § 1681g(a)(5)).

Your failure to provide a complete disclosure within the statutory timeframe would constitute a violation of federal law and obstruct my right to transparency and accuracy in consumer reporting.

Please provide the complete disclosure as outlined above within thirty (30) days from the date of this letter, as required by law.

If you fail to comply with this request within the statutory timeframe, I will consider all available remedies under the law, including:

- Filing a formal complaint with the Consumer Financial Protection Bureau (CFPB);
- Seeking statutory damages through civil litigation, as provided for under 15 U.S.C. § 1681n and § 1681o.

Please consider this a formal request under federal law for my complete consumer file as required under 15 U.S.C. § 1681g.

Sincerely,

Brittany Nechelle Thomas

**Enclosures:** Copy of driver's license and Bank statement for identification verification

Response to request

FactorTrust Inc.
P.O. Box 390
Woodlyn, PA 19094-0705

Exhibit 2

FACTOR TRUST
The Alternative Credit Bureau

July 30, 2025

PM6X6P00100351-243572053

BRITTANY NECHELLE THOMAS
922 FIRETOWER ROAD
WILLIAMSTON SC 29697-9215

0035101DSJ040-P PM6X6P00100351

RE: Consumer Request

We received your request for a copy of your FactorTrust credit report. In order to complete your request, we need additional information.

**Please fill out the attached form and return it to us along with a current and valid copy of your photo identification.**

**Identity**

- Driver's License
- Passport
- State issued ID

**Address**

- Utility Bill dated within the past 60 days
- Pay Stub

For faster review, you may request a copy of your credit report online at www.factortrust.com.

Thank you,

FactorTrust
P.O. Box 390
Woodlyn, PA 19094
consumersupport@factortrust.com
Phone 844-773-3321
***Hours of operation: Monday – Friday, 8:30am – 5:30pm EST***
***Please visit us online 24 hours a day, 7 days a week – www.factortrust.com***

FACTOR TRUST
The Alternative Credit Bureau

# Consumer Inquiry Form

To submit a Customer Inquiry for a FactorTrust Consumer Report, please complete the following:

Lender Company Name: ______________ Loan Declined Date: ______________

Last Name: Thomas First Name: Brittany Middle Name: Nechelle

Maiden Name or other Last Name: ______________

Social Security Number: [redacted]4304 Date of Birth: 03 Dec, 1992

Driver's License Number: [redacted]9849 State: SC (COPY MUST BE INCLUDED)

Current Mailing Address: 922 Firetower RD

City: Williamston State: SC Zip: 29697

Home Phone: ______________ Cell: 864-745-0192 Work Phone: ______________

In the last five years, other residencies:

Address 1: ______________

Address 2: ______________

Short Description of Inquiry: (Attach a short description detailing your inquiry or the reporting of an error or discrepancy) Need Full File disclosure second request and First request had ID, SS card & Bank Statment and request was not received. This causing me harm & damage

Signature: [signature] Date: 8/6/2025

***Obtaining this Consumer Inquiry Investigative Report for someone other than you or obtaining information under false pretenses is illegal and can result in fines and/or imprisonment.***

Once complete, return the signed inquiry form with a copy of your driver's license, passport or state issued identification. **Request received without required documentation cannot be processed.** You can submit the form via mail to: FactorTrust, Attn: Consumer Inquiries, P.O. Box 390, Woodlyn, PA 19094.

0035102053000-P PM6X8P00100351

FactorTrust Inc.
P.O. Box 390
Woodlyn, PA 19094-0705

Response 2
Exhibit 4

FACTOR TRUST
The Alternative Credit Bureau

August 18, 2025

PMAB6T00101580-244871096

BRITTANY NECHELLE THOMAS
922 FIRETOWER RD
WILLIAMSTON SC 29697-9215

0158001060400-P PMAB6T00101580

RE: Credit Report Request

Enclosed is the FactorTrust credit report that you requested. FactorTrust takes the accuracy of your credit information very seriously. If you believe an item of information is incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

Please visit https://www.factortrust.com/consumer/Disputes.aspx to submit a dispute online. You will be notified when we complete our investigation, and your results will be available online. You can check the status of your investigation online by logging into your account. You may also submit a dispute via mail using the address below.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting the website listed above or by sending your request to the address listed below.

If you have any questions, please reach out using the contact information below.

Thank you,

FactorTrust
P.O. Box 390
Woodlyn, PA 19094
consumersupport@factortrust.com
Phone 844-773-3321
***Hours of operation: Monday – Friday, 8:30am – 5:30pm EST***
***Please visit us online 24 hours a day, 7 days a week – www.factortrust.com***

# FactorTrust

## Consumer Disclosure Credit Report

**Report Number: 0000059141**

**Report Date: 8/17/2025**

To view a summary of your rights under the Fair Credit Reporting Act, please click on the following link:
https://www.factortrust.com/Consumer/content/Summary_of_Consumer_Rights_FCRA.pdf

**Subject**

| | |
|---|---|
| Name: Brittany Thomas | Social Security Number: ***-**-4304 |
| In File since: 6/22/2023 | Date of Birth: 03/**/1992 |
| Dispute Date: | |

0156020600000-P PMAB6T0010158O

**ADDRESSES**

| Date Reported | Company Name | Company Contact | Address | Dispute Date |
|---|---|---|---|---|
| 08/18/2023 | Elevate | P.O. Box 101808<br>Fort Worth, TX 76185<br>866-580-1226<br>support@risecredit.com | 918 FIRETOWER RD WILLIAMSTON, SC SC | |
| 06/22/2023 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | 918 FIRETOWER RD WILLIAMSTON, SC 29697 | |

**EMAIL ADDRESSES**

| Date Reported | Company Name | Company Contact | E-mail Address | Dispute Date |
|---|---|---|---|---|
| 06/22/2023 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | b******0@gmail.com | |

**HOME TELEPHONE NUMBERS**

| Date Reported | Company Name | Company Contact | Home Telephone /number | Dispute Date |
|---|---|---|---|---|
| 08/18/2023 | Elevate | P.O. Box 101808<br>Fort Worth, TX 76185<br>866-580-1226<br>support@risecredit.com | (***) ***-2849 | |
| 06/22/2023 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | (***) ***-2849 | |

**MOBILE TELEPHONE NUMBERS**

| |
|---|
| No mobile telephone numbers on file |

**DRIVER LICENSES**

| Date Reported | Company Name | Company Contact | Driver License Number | Dispute Date |
|---|---|---|---|---|
| 06/22/2023 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | *****9849 | |

**EMPLOYERS**

| Date Reported | Company Name | Company Contact | Employer | Stated Monthly Income | Payroll Frequency | Dispute Date |
|---|---|---|---|---|---|---|
| 06/22/2023 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | GREENVILLE POST ACUTE | $6,000.00 | Bi-weekly | |

**SECURITY FREEZE**

| Added on | Lift Start Date | Lift End Date |
|---|---|---|
| 04/10/2024 | | |

**CONSUMER STATEMENTS**

None

**OPT OUT**

None

**TRADES**

| Company Name | Company ID | Company Contact | Credit Type | Date Opened | Date Last Reported | High Credit/Limit | Balance | Past Due Amt | Terms | Loan Status | Loan ID | Dispute Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elevate | 3156 | P.O. Box 101808<br>Fort Worth, TX 76185<br>866-580-1226<br>support@risecredit.com | Unsecured | 06/23/2023 | 06/30/2025 | $3,500.00 | $4,740.00 | $4,740.00 | 306 | Charge-off | 63745609 | 08/18/2023 |

**BANK ACCOUNTS**

| Date Reported | Company Name | Company Contact | Routing Number | Account Number | Dispute Date |
|---|---|---|---|---|---|
| 6/22/2023 10:01:51 PM | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | 053904483 | *******8492 | |

**PAYMENTS**

No Payments on file

**INQUIRIES INITIATED BY CONSUMER ACTION**

Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others.

None

**PROMOTIONAL INQUIRIES**

The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

None

**ACCOUNT REVIEW INQUIRIES**

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| Date | Company ID | Company Name | Company Contact |
|---|---|---|---|
| 12/01/2023 | 4953 | Trans Union / Consumer Portfolio Services | 19500 Jamboree Rd<br>Suite 500<br>Irvine, CA 92612<br>888-469-4520 |

0158003061000-P PMA66T0010158O

**NOTICES**

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, please submit your dispute online at https://www.factortrust.com/Consumer/Disputes.aspx. Under normal circumstances, FactorTrust will inform you of the results of the investigation within approximately 30 days.

You may be entitled to place a statement of dispute on your consumer file. Your statement must not exceed two hundred and fifty characters. Your statement must not include the names of other individuals or businesses. Your statement must pertain to the information contained in your consumer file and must not contain profanity. You may submit your statement to FactorTrust by calling 1-844-773-3321.

**CONTACT INFORMATION**

**FactorTrust, Inc.**
P.O. Box 390
Woodlyn, PA 19094
(844)773-3321

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

01S0004062000-P PMAB5T001015 0

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

   **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

   **You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

   As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

   A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

## GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- You have the right to ask for a credit score. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

0158035056S0000-P PAAB5T0010158O

- The following FCRA right applies with respect to nationwide consumer reporting agencies:
- CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE. You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

  To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

  - Equifax: 1-800-525-6285; www.equifax.com
  - Experian: 1-888-397-3742; www.experian.com
  - TransUnion: 1-800-680-7289; www.transunion.com
- As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
- You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.
- Identity theft victims and active duty military personnel have additional rights. For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to theCFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |

015800606C0000-P PMAB6T0010158D

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |

request 2
Exhibit 4

Brittany Thomas

[redacted]-4304

922 Firetower Road

Williamston, SC 29697

August 6, 2025

FactorTrust

PO Box 390

Woodlyn, PA 19094

RE: SECOND NOTICE – FAILURE TO PROVIDE FULL FILE DISCLOSURE AS REQUIRED BY 15 U.S.C. § 1681g

To Whom It May Concern:

This letter serves as a formal follow-up to my original Full File Disclosure Request dated 07/14/2025,submitted pursuant to 15 U.S.C. § 1681g(a). I received your response dated July 30, 2025, however, it did not satisfy the statutory requirements mandated by the Fair Credit Reporting Act.

Specifically, your response appeared to be a standard credit report and did not include the complete consumer file maintained on me as defined by law, including but not limited to:

All information in my file, including archived, suppressed, or obsolete data (15 U.S.C. § 1681g(a)(1));

All sources of information reported (15 U.S.C. § 1681g(a)(2));

A complete list of all parties that accessed my file and their identifying information (15 U.S.C. § 1681g(a)(3));

Information regarding any checks or documents used adversely against me, if applicable (15 U.S.C. § 1681g(a)(4));

A record of all inquiries in the past twelve months, including soft and hard pulls (15 U.S.C. § 1681g(a)(5)).

Your failure to provide a complete disclosure constitutes a material violation of federal law and obstructs my right to transparency and accuracy in consumer reporting. As evidenced by my previous correspondence and your inadequate response, you have failed to comply with your statutory obligations.

Accordingly, I demand immediate and complete compliance with my original request. Please provide a written certification that the disclosure is complete and includes all information maintained in your files, including any information held by affiliates or subsidiaries.

If I do not receive the full disclosure as outlined within fifteen (15) days from the date of this letter, I will consider all available remedies under the law, including:

Filing a formal complaint with the Consumer Financial Protection Bureau (CFPB);

Seeking statutory damages through civil litigation, including actual damages, statutory damages up to $1,000 per willful violation under 15 U.S.C. § 1681n, and attorney's fees as provided for under 15 U.S.C. § 1681o.

Please consider this a final opportunity to cure your noncompliance and deliver the full, unredacted consumer file as required under federal law.

This letter is being sent via certified mail, return receipt requested, to ensure proper delivery and documentation.

Sincerely,

Brittany Thomas

Enclosures: Copy of original request, copies of ID and bank statement

Gmail

Brittany <brielle01062021@gmail.com>

Exhibit 5

## FactorTrust Consumer Reporting Agency

**Tanase, Nompumelelo** <Nompumelelo.Tanase@transunion.com>
To: Brielle01062021@gmail.com <Brielle01062021@gmail.com>

Tue, Sep 23 at 8:53 AM

Good day Brittany Thomas,

Thank you for forwarding your complaint to FactorTrust and for providing us with the opportunity to respond.

FactorTrust maintains that the truncation of personal data in all products sent to consumers is a required practice based on our privacy and compliance rules, policies, procedures, and industry standards. This approach is also aligned with the provisions of the Fair Credit Reporting Act (FCRA) and the FACT Act, which support and recommend measures to safeguard consumers' sensitive information.

We trust this explanation provides you with the information you need. Should there be any further questions or concerns, we may be reached at the contact information below.

Sincerely,

Consumer Operations

FactorTrust, Inc.

P.O. Box 390

Woodlyn, PA 19094

consumersupport@factortrust.com
Phone 844-773-3321
***Hours of operation: Monday – Friday, 8:30am – 5:30pm EST***
***Please visit us online 24 hours a day, 7 days a week –*** *www.factortrust.com*

**Regards,**

**Nompumelelo Tanase**

**Rep III - Consumer Operations Team Coordinator**

**P** 470-372-5211 **E** Nompumelelo.Tanase@transunion.com

If an Out of Office is received, please email [illegible]

This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.

Demand letter

Brittany Thomas

918 Firetower Rd

Williamston, SC 29697

864-745-0142

Brielle01062021@gmail.com

08/26/2025

FactorTrust Inc. P.O. Box 390 Woodlyn, PA 19094

Sent to Registered agent Corporation Service Company

508 Meeting Street

West Columbia, South Carolina 29169

RE: FAIR CREDIT REPORTING ACT VIOLATIONS - DEMAND FOR COMPLIANCE AND DAMAGES Consumer: Brittany Thomas Report Date: August 18, 2025

Dear Sir or Madam:

I am writing to notify you of the violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., committed by FactorTrust Inc. in connection with consumer disclosure report number 000005941 provided to me Ms. Brittany Thomas.

FACTUAL BACKGROUND

On or about July 14, 2025, Ms. Thomas properly requested a copy of her consumer credit disclosure from FactorTrust, providing adequate identification including a photocopy of her driver's license, Social Security card, and banking statement dated June 30, 2025.

Despite receiving proper identification, FactorTrust improperly delayed the process by sending a letter dated July 30, 2025, requesting additional documentation that was unnecessary given the adequate identification already provided.

On or about August 6, 2025, Ms. Thomas submitted a second request with the additional documentation FactorTrust improperly demanded.

On or about August 18, 2025, FactorTrust provided a consumer credit report which is not what Ms.Thomas requested violating her rights under 15 U.S.C. § 1681g.

FCRA VIOLATIONS

1. Unauthorized Redaction of Personal Information (15 U.S.C. § 1681g(a))

FactorTrust improperly redacted critical personal identifying information without authorization:

- Social Security number displayed as "•••-••-4304" instead of the full number
- Date of birth displayed as "03/••/1992" instead of complete date
- Driver's license number displayed as "••••••9849" instead of full number

Ms. Thomas did not request truncation of any personal information. Under the FCRA, consumer reporting agencies may only truncate Social Security numbers upon consumer request, and no other personal identifying information should be redacted in consumer disclosures.

2. Incomplete Account Information (15 U.S.C. § 1681g(a))

FactorTrust failed to provide complete account information:

- American Web Loan bank account shows only partial account number "•••••••8492"
- Elevate trade account lacks sufficient detail to verify the $4,740.00 charged-off balance

The truncated account numbers prevent Ms. Thomas from verifying account accuracy and identifying accounts she may not recognize.

3. Failure to Provide Clear and Accurate Disclosure

The incomplete and redacted information violates FactorTrust's statutory duty under 15 U.S.C. § 1681g(a) to "clearly and accurately disclose to the consumer all information in the consumer's file at the time of the request."

DAMAGES SUFFERED

As a direct result of FactorTrust's FCRA violations, Ms. Thomas has suffered:

1. Confusion and Emotional Distress: The incomplete disclosure caused significant frustration and anxiety when attempting to understand and verify information in her credit file.

2. Inability to Verify Account Accuracy: Redacted personal information and truncated account numbers prevented proper verification of account details.
3. Delayed Dispute Process: The incomplete information delayed Ms. Thomas's ability to identify proper sources to contact for disputing unfamiliar or unverifiable information.
4. Actual Injury: Ms. Thomas has suffered actual harm in the form of emotional stress, confusion, and mental anguish caused by receiving an incomplete and inaccurate consumer disclosure. The redacted personal identifiers and truncated account numbers have prevented her from conducting a meaningful review of her credit history, causing ongoing anxiety about the accuracy of her credit file and her ability to address potential errors or disputes effectively.
5. Informational Injury: Ms. Thomas has been deprived of her statutory right to receive complete and accurate information about her credit file, which is the fundamental purpose of the FCRA's consumer disclosure provisions. This informational injury is concrete and particularized, as it affects her ability to make informed decisions about her financial affairs.
6. Statutory Injury: The failure to provide accurate and complete information as required by law creates an injury-in-fact under Article III standing requirements.

LEGAL LIABILITY

Willful Violations (15 U.S.C. § 1681n): FactorTrust's systematic redaction of personal information and truncation of account numbers demonstrates willful non-compliance with FCRA requirements, subjecting FactorTrust to statutory damages of $100 to $1,000 per violation, plus actual damages, punitive damages, and costs.

Negligent Violations (15 U.S.C. § 1681o): Alternatively, FactorTrust's conduct constitutes negligent FCRA violations, subjecting it to actual damages and costs.

DEMAND FOR RESOLUTION

To resolve this matter without litigation, FactorTrust must:

1. Provide Complete Disclosure: Within 30 days, provide Ms. Thomas with a complete and accurate consumer disclosure containing all information in her file, including:
   - Full, unredacted Social Security number, date of birth, and driver's license number
   - Complete account numbers for all reported accounts
   - Full details for all trade accounts sufficient for verification

2. Implement Corrective Procedures: Establish procedures to ensure future consumer disclosures comply with FCRA requirements without unauthorized redaction or truncation.
3. Pay Damages: Compensate Ms. Thomas for FCRA violations in the amount of $2,000, representing statutory damages and compensation for actual harm suffered.

RESPONSE REQUIRED

Please respond within 30 days of receipt of this letter. Failure to respond or provide adequate resolution will result in the filing of the lawsuit seeking statutory damages, actual damages, punitive damages, costs, and other relief deemed appropriate by the court.

This letter serves as formal notice of FactorTrust's FCRA violations and preserves all legal rights and remedies available to Ms. Thomas under federal and state law.

Sincerely,

Brittany Thomas

DISCOVER

PO Box 30954
Salt Lake City, UT 84130-0954

PERSONAL LOANS
Reference Number [redacted]
June 27, 2025

Exhibit 6

RE: Your recent request

Dear BRITTANY THOMAS,

Thank you for your interest in Discover® Personal Loans.

To ensure you're always informed, we're writing to let you know that we could not approve your loan request at this time because:

- PAST AND/OR PRESENT DELINQUENT CREDIT OBLIGATIONS
- SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
- % OF BALANCE TO LIMIT ON BANK REV OR OTHER REV ACCTS TOO HIGH

Keep in mind, your credit score will not be impacted by your request since we used a soft credit inquiry to check your eligibility.

If you have any questions regarding this letter, write to Discover, issuer of the Discover Personal Loans, at P.O. Box 30954, Salt Lake City, UT 84130-0954. Please include your name, address and application number 000825178167271.

Sincerely,
Discover Personal Loans

**Important Notice:**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

Ohio Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all



PO Box 30954
Salt Lake City, UT 84130-0954

000001

BRITTANY THOMAS
922 FIRETOWER RD
WILLIAMSTON, SC 29697

# AFFIDAVIT

1. Identity of Affiant
My name is Brittany Thomas. I am over the age of eighteen (18), competent to testify, and make this affidavit based upon my personal knowledge.

2. Residency
I reside in Williamston, South Carolina 29697.

3. Background of Complaint
I am the Plaintiff in the action titled Brittany Thomas v. FactorTrust, Inc., filed in the Court of Common Pleas for Anderson County, South Carolina.

4. Requests for Consumer File
On or about July 14, 2025, I submitted a written request to Defendant FactorTrust, Inc. ("FactorTrust") for a complete copy of my consumer file pursuant to 15 U.S.C. §1681g(a)(1) and S.C. Code Ann. §37-20-110(3).
    - My request included copies of my driver's license, Social Security card, and a June 30, 2025 bank statement for identification and verification.

5. Second Request
After FactorTrust requested additional information, I submitted a second request on or about August 6, 2025, again providing all identification they requested.

6. Incomplete Disclosure
On or about August 18, 2025, I received a disclosure from FactorTrust that contained redactions and truncations of my personal identifying information and account numbers, including my Social Security number, date of birth, driver's license number, and account numbers.

7. No Authorization for Redactions
I did not request or consent to any redaction or truncation of my personal information in my consumer file disclosure.

8. Email Confirmation of Policy
On September 23, 2025, I received email correspondence from FactorTrust regarding my complaint.
    - In the most recent email received today, FactorTrust reaffirmed its policy of truncating personal identifying information in all consumer disclosures and claimed this practice is based on its "privacy and compliance rules" and industry standards.
    - The email did not identify any provision of the Fair Credit Reporting Act ("FCRA") or the FACT Act that authorizes such redactions in a consumer's full file disclosure.

9. Harm Suffered
Because FactorTrust failed to provide a complete and unredacted file, I experienced confusion, emotional distress, and anxiety, and I have been unable to verify or rule out whether FactorTrust's reporting contributed to recent credit denials I have received.

10. Truthfulness
All statements contained in my Complaint and in this Affidavit are true and correct to the best of my knowledge, information, and belief.

I affirm under the penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 9/24/2025 | [signature] | Brittany Thomas |
| Date | AFFIANT SIGNATURE | AFFIANT NAME |

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

Signed and sworn to (or affirmed) before me, the undersigned Notary Public in and for the jurisdiction aforesaid, by Brittany Thomas on this day 9/24/25

Kelly Mickens
Notary Public for South Carolina
My Commission Expires: 10/8/2030

KELLY MICKENS NOTARY PUBLIC SOUTH CAROLINA

IN THE COURT OF COMMON PLEAS OF THE STATE OF SOUTH CAROLINA FOR ANDERSON COUNTY

'25 OCT 3 PM3:00:08
Anderson, SC COC CP/GS

**Brittany Thomas**
Plaintiff/Petitioner

vs.

**FactorTrust, Inc.**
Defendant/Respondent

DOCKET NO: **2025-CP-04-02356**
FILING DATE: **09/24/2025**

AFFIDAVIT OF SERVICE OF:
**SUMMONS; COMPLAINT; CIVIL ACTION COVERSHEET**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **1st day of October, 2025**, at **10:15 AM**, at the address of **100 Coastal Drive 210, Charleston, Berkeley County, SC 29492**; this affiant served the above described documents upon **FACTORTRUST, Inc. c/o Corporation Service Company, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tara Raleigh, I delivered the documents to Tara Raleigh who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**.

Date: 10/1/25

[signature]
**Tamara McDonald**

SUBSCRIBED AND SWORN to before me this 1 day of Oct, 2025

[signature]
NOTARY PUBLIC in and for the State of **South Carolina**
My commission expires ____________

REBECCA J. ZIMMERMAN
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 12-20-31

REF: **PS-99523**
FOR: **Brittany Thomas**


ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **0188801992**