**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON/GREENWOOD DIVISION**

| | | |
|---|---|---|
| BRITTANY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>FACTORTRUST, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:25-cv-13228-JD-KFM |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

TO THE HONORABLE JUDGE JOSEPH DAWSON, III:

The parties respectfully notify the Court that Plaintiff Brittany Thomas and Defendant FactorTrust, Inc. have settled all claims between them in this matter. FactorTrust, Inc. and Plaintiff Brittany Thomas will present dismissal documents to the Court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,

*/s/ Anthony W. Livoti*

Anthony W. Livoti
S.C. Bar No. 6952
Murphy & Grantland, P.A.
4406-B Forest Drive
Columbia, South Carolina 29260
Telephone: (803) 454-1209
Facsimile: (803) 782-4100
awlivoti@murphygrantland.com
***Counsel for Defendant FactorTrust, Inc.***

Brittany Thomas
922 Firetower Road
Williamston, SC 29697
brielle01062021@gmail.com
***Pro Se Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2 day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's filing system, and forwarded notification via U.S. First Class Mail and electronic mail to the following:

Brittany Thomas
922 Firetower Road
Williamston, SC 29697
brielle01062021@gmail.com
***Pro Se Plaintiff***

*/s/Anthony W. Livoti*
Anthony W. Livoti



10093698.1